**IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| SECURITY BUILDING MIAMI, LLC, | ) |
| | ) |
| Plaintiff, | ) CIVIL ACTION NO.: |
| | ) _____ |
| v. | ) |
| | ) 11th Judicial Circuit |
| SOMPO AMERICA INSURANCE | ) Civil Action File No.: |
| COMPANY, | ) 2022-008914-CA-01 |
| | ) |
| Defendant. | ) |

_____

## NOTICE OF REMOVAL

Defendant, Sompo America Insurance Company ("Sompo" or "Defendant"), pursuant to 28 U.S.C. §§ 1332, 1441, and 1446 remove the action styled *Security Building Miami, LLC v. Sompo America Insurance Company*, Civil Action File No. 2022-008914-CA-01 (the "State Court Action") pending in the Circuit Court of the 11th Judicial Circuit in and for Miami-Dade County, Florida, to the United States District Court for the Southern District of Florida, and as grounds therefore states:

**I.**
## THE STATE COURT NOTICE

1. On May 18, 2022, Plaintiff, Security Building Miami, LLC filed a Complaint against Defendant in the Circuit Court of the 11th Judicial Circuit in and for Miami-Dade County, Florida, Case No. 2022-008914-CA-01 (the "State Court Action") seeking to recover insurance benefits under commercial property insurance policy number FTMS1037L0, effective November 1, 2020 to November 1, 2021 (the "Policy") issued by Defendant, for damage purportedly sustained at 117 NE 1st Avenue, Miami, Florida 33132 or about May 15, 2021.

2. A copy of Plaintiff's Complaint was served on Defendant on June 13, 2022.

3.       In accordance with 28 U.S.C. § 1446(a), true and correct copies of all process, pleadings and orders filed in the State Court Action are attached hereto as **Composite Exhibit "A"**.

4.       At all times material, including at the time the case was filed and at the time of removal, Plaintiff is and has been a Delaware Limited Liability Corporation whose principal place of business is in Ft. Lauderdale, Florida.  Likewise, Plaintiff's sole member, Jonathan K. Winer is a resident of the State of Florida.  Plaintiff is therefore a citizen of the State of Florida for jurisdictional purposes.  *See* Complaint at ¶ 2, **Composite Exhibit "A"**.

5.       Furthermore, the State Court Action concerns real property located in Miami-Dade County, Florida.  *See* Complaint at ¶ 3.  **Composite Exhibit "A"**.

6.       At all times material, including at the time the case was filed and at the time of removal, Sompo is an insurance carrier organized under the laws of the State of New York, with its principal place of business located in New York.  Sompo is therefore a citizen of New York for jurisdictional purposes.

7.       The amount in controversy in this action, exclusive of interest and costs, exceeds the jurisdictional amount of $75,000, as set forth in 28 U.S.C. §1332.

## II.
## NOTICE OF REMOVAL IS TIMELY FILED

8.       Removal is appropriate upon a showing that there is complete diversity of citizenship and the amount in controversy exceeds $75,000.00, exclusive of interest, costs and attorney's fees.  28 U.S.C. § 1332.

9.       The Complaint alleges that the amount in controversy is within the jurisdictional threshold for the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida.  However, prior to filing suit, on May 2, 2022, Plaintiffs executed a Sworn Statement in

Proof of Loss ("SPOL"), attesting that the amount of damages related to the subject loss is $11,183,410.72.[1]  A true and correct copy of the SPOL is attached hereto as **Exhibit "B"**.

10.     The notice of removal *may* be filed within 30 days after the defendant received an initial pleading.  28 U.S.C. § 1446 (b).

11.     Thirty (30) days have not elapsed since Defendant was served and therefore, this removal is timely.

**III.**
**REMOVAL IS PROPER**

12.     Sompo is a citizen of New York.

13.     Plaintiff is a citizen of Florida.

14.     There is complete diversity of citizenship, and there has been at all times from the date the Complaint was filed through the present date.  By filing this Notice of Removal, Defendant consents to the removal of this action from State to Federal Court.

15.     Where removal is sought on the basis of jurisdiction conferred by 28 U.S.C § 1332, the amount in controversy is the sum identified in the initial pleading, except where the state practice permits recovery of damages in excess of the amount demanded.  28 U.S.C. § 1446 (c)(2)(A).

16.     While the Complaint alleges that the amount in controversy is within the jurisdictional threshold for the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida, the Plaintiff's SPOL, dated May 2, 2022, claims that the amount of damages related to the subject loss is $11,183,410.72.  Therefore, the damages claimed by Plaintiff are well in excess of the $75,000.00 jurisdictional threshold, exclusive of interest and costs.

---

[1] "If the jurisdictional amount is not facially apparent from the complaint, the court should look to the notice of removal and may require evidence relevant to the amount in controversy at the time the case was removed." *Williams v. Best Buy Co., Inc.*, 269 F.3d.1316, 1319 (11th Cir. 2001).

17.     This Notice of Removal is filed within 30 days of June 13, 2021, the date when

Sompo received notice of service of the State Court Action, and is therefore timely. 28 U.S.C. §

1446 (c).

18.     As the Notice of Removal was filed within 30 days, involves a controversy in

excess of $75,000.00, and complete diversity of citizenship of the parties, removal is proper.

19.     Pursuant to 28 U.S.C. § 1446 (d), written notice of the removal of this action will

be promptly served on the Plaintiff's counsel, and a Notice of Filing Notice of Removal is

simultaneously being filed with the Clerk of the Circuit Court in and for Miami-Dade County,

Florida.

### III.     JURY DEMAND

19.     Plaintiffs demanded a jury trial in the State Court Action.

WHEREFORE, Sompo International Insurance Company, respectfully requests this Court

to remove the State Court Action pending against it in the Circuit Court of the 11th Judicial Circuit

in and for Miami-Dade County, Florida, pursuant to the provisions of 28 U.S.C. §§ 1441 and

1446.

Respectfully submitted this **12th day of July, 2022**.

**ZELLE LLP**
*Counsel for Defendant*
SunTrust International Center
One Southeast Third Avenue, Ste. 1600
Miami, Florida 33131-4332
Tel: 786-693-2350
Fax: 612-336-9100

By: */s/ Christine M. Renella*
        **CHRISTINE M. RENELLA**
        Florida Bar No. 65485
        crenella@zellelaw.com
        **J.C. QUINTANA**
        Florida Bar No.: 115572
        jquintana@zellelaw.com

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Notice of Removal was electronically filed

with the Clerk of Court using the CM/ECF system which will automatically send notification of

such filing to all attorneys of record:

Shamieka Caroline Joy Donawa
Brandon Arrow
Florida Professional Law Group, PLLC
4600 Sheridan St., Suite 303
Hollywood, FL 33021
eservice@flplg.com
cdonawa@flplg.com

This 12th day of July, 2022.

**ZELLE LLP**
*Counsel for Defendant*
SunTrust International Center
One Southeast Third Avenue, Ste. 1600
Miami, Florida 33131-4332
Tel: 786-693-2350
Fax: 612-336-9100

By: */s/ Christine M. Renella*
    **CHRISTINE M. RENELLA**
    Florida Bar No. 65485
    crenella@zellelaw.com
    **J.C. QUINTANA**
    Florida Bar No.: 115572
    jquintana@zellelaw.com

JS 44 (Rev. 04/21)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

SECURITY BUILDING MIAMI, LLC

**DEFENDANTS**

SOMPO AMERICA INSURANCE COMPANY

**(b)** County of Residence of First Listed Plaintiff    Broward
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Shamieka Caroline, Esq., Joy Donawa, Esq., Brandon Arrow, Esq.,
Florida Professional Law Group, PLLC, 4600 Sheridan St., Suite 303
Hollywood, FL 33021, eservice@flplg.com; cdonawa@flplg.com

Attorneys *(If Known)*
Christine M. Renella, Esq. & J.C. Quintana, Esq. ZELLE LLP, 1 SE 3 Ave, Suite 1600, Miami, FL 33131 Tel: 786-693-2350
crenella@zelle.com and jquintana@zelle.com

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question *(U.S. Government Not a Party)*
- [X] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated *or* Principal Place of Business In This State | [X] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated *and* Principal Place of Business In Another State | [ ] 5 | [X] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| [X] 110 Insurance<br>[ ] 120 Marine<br>[ ] 130 Miller Act<br>[ ] 140 Negotiable Instrument<br>[ ] 150 Recovery of Overpayment & Enforcement of Judgment<br>[ ] 151 Medicare Act<br>[ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans)<br>[ ] 153 Recovery of Overpayment of Veteran's Benefits<br>[ ] 160 Stockholders' Suits<br>[ ] 190 Other Contract<br>[ ] 195 Contract Product Liability<br>[ ] 196 Franchise | **PERSONAL INJURY**<br>[ ] 310 Airplane<br>[ ] 315 Airplane Product Liability<br>[ ] 320 Assault, Libel & Slander<br>[ ] 330 Federal Employers' Liability<br>[ ] 340 Marine<br>[ ] 345 Marine Product Liability<br>[ ] 350 Motor Vehicle<br>[ ] 355 Motor Vehicle Product Liability<br>[ ] 360 Other Personal Injury<br>[ ] 362 Personal Injury - Medical Malpractice | **PERSONAL INJURY**<br>[ ] 365 Personal Injury - Product Liability<br>[ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability<br>[ ] 368 Asbestos Personal Injury Product Liability<br>**PERSONAL PROPERTY**<br>[ ] 370 Other Fraud<br>[ ] 371 Truth in Lending<br>[ ] 380 Other Personal Property Damage<br>[ ] 385 Property Damage Product Liability | [ ] 625 Drug Related Seizure of Property 21 USC 881<br>[ ] 690 Other | [ ] 422 Appeal 28 USC 158<br>[ ] 423 Withdrawal 28 USC 157<br>**INTELLECTUAL PROPERTY RIGHTS**<br>[ ] 820 Copyrights<br>[ ] 830 Patent<br>[ ] 835 Patent - Abbreviated New Drug Application<br>[ ] 840 Trademark<br>[ ] 880 Defend Trade Secrets Act of 2016 | [ ] 375 False Claims Act<br>[ ] 376 Qui Tam (31 USC 3729(a))<br>[ ] 400 State Reapportionment<br>[ ] 410 Antitrust<br>[ ] 430 Banks and Banking<br>[ ] 450 Commerce<br>[ ] 460 Deportation<br>[ ] 470 Racketeer Influenced and Corrupt Organizations<br>[ ] 480 Consumer Credit (15 USC 1681 or 1692)<br>[ ] 485 Telephone Consumer Protection Act<br>[ ] 490 Cable/Sat TV<br>[ ] 850 Securities/Commodities/ Exchange<br>[ ] 890 Other Statutory Actions<br>[ ] 891 Agricultural Acts<br>[ ] 893 Environmental Matters<br>[ ] 895 Freedom of Information Act<br>[ ] 896 Arbitration<br>[ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision<br>[ ] 950 Constitutionality of State Statutes |
| **REAL PROPERTY**<br>[ ] 210 Land Condemnation<br>[ ] 220 Foreclosure<br>[ ] 230 Rent Lease & Ejectment<br>[ ] 240 Torts to Land<br>[ ] 245 Tort Product Liability<br>[ ] 290 All Other Real Property | **CIVIL RIGHTS**<br>[ ] 440 Other Civil Rights<br>[ ] 441 Voting<br>[ ] 442 Employment<br>[ ] 443 Housing/ Accommodations<br>[ ] 445 Amer. w/Disabilities - Employment<br>[ ] 446 Amer. w/Disabilities - Other<br>[ ] 448 Education | **PRISONER PETITIONS**<br>**Habeas Corpus:**<br>[ ] 463 Alien Detainee<br>[ ] 510 Motions to Vacate Sentence<br>[ ] 530 General<br>[ ] 535 Death Penalty<br>**Other:**<br>[ ] 540 Mandamus & Other<br>[ ] 550 Civil Rights<br>[ ] 555 Prison Condition<br>[ ] 560 Civil Detainee - Conditions of Confinement | **LABOR**<br>[ ] 710 Fair Labor Standards Act<br>[ ] 720 Labor/Management Relations<br>[ ] 740 Railway Labor Act<br>[ ] 751 Family and Medical Leave Act<br>[ ] 790 Other Labor Litigation<br>[ ] 791 Employee Retirement Income Security Act<br><br>**IMMIGRATION**<br>[ ] 462 Naturalization Application<br>[ ] 465 Other Immigration Actions | **SOCIAL SECURITY**<br>[ ] 861 HIA (1395ff)<br>[ ] 862 Black Lung (923)<br>[ ] 863 DIWC/DIWW (405(g))<br>[ ] 864 SSID Title XVI<br>[ ] 865 RSI (405(g))<br>**FEDERAL TAX SUITS**<br>[ ] 870 Taxes (U.S. Plaintiff or Defendant)<br>[ ] 871 IRS—Third Party 26 USC 7609 | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- [ ] 1 Original Proceeding
- [X] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 U.S.C. § 1332

Brief description of cause:
Complete Diversity; Breach of Contract

## VII. REQUESTED IN COMPLAINT:

- [ ] CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

DEMAND $ _____

CHECK YES only if demanded in complaint:
JURY DEMAND: [X] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*
JUDGE _____ DOCKET NUMBER _____

DATE
July 12, 2022

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

# INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

## Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court.  This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.  Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed.  The attorney filing a case should complete the form as follows:

**I.(a)    Plaintiffs-Defendants.**  Enter names (last, first, middle initial) of plaintiff and defendant.  If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

**(b)    County of Residence.**  For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

**(c)    Attorneys.**  Enter the firm name, address, telephone number, and attorney of record.  If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

**II.    Jurisdiction.**  The basis of jurisdiction is set forth under Rule 8(a), F.R.Cv.P., which requires that jurisdictions be shown in pleadings.  Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.
United States plaintiff.  (1) Jurisdiction based on 28 U.S.C. 1345 and 1348.  Suits by agencies and officers of the United States are included here.
United States defendant.  (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.
Federal question.  (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.
Diversity of citizenship.  (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states.  When Box 4 is checked, the citizenship of the different parties must be checked**.**  (See Section III below**; NOTE: federal question actions take precedence over diversity cases.**)

**III.    Residence (citizenship) of Principal Parties.**  This section of the JS 44 is to be completed if diversity of citizenship was indicated above.  Mark this section for each principal party.

**IV.    Nature of Suit.**  Place an "X" in the appropriate box.  If there are multiple nature of suit codes associated with the case, pick the nature of suit code that is most applicable.  Click here for: Nature of Suit Code Descriptions.

**V.    Origin.**  Place an "X" in one of the seven boxes.
Original Proceedings.  (1) Cases which originate in the United States district courts.
Removed from State Court.  (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441.
Remanded from Appellate Court.  (3) Check this box for cases remanded to the district court for further action.  Use the date of remand as the filing date.
Reinstated or Reopened.  (4) Check this box for cases reinstated or reopened in the district court.  Use the reopening date as the filing date.
Transferred from Another District.  (5) For cases transferred under Title 28 U.S.C. Section 1404(a).  Do not use this for within district transfers or multidistrict litigation transfers.
Multidistrict Litigation – Transfer.  (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407.
Multidistrict Litigation – Direct File.  (8) Check this box when a multidistrict case is filed in the same district as the Master MDL docket.
**PLEASE NOTE THAT THERE IS NOT AN ORIGIN CODE 7.**  Origin Code 7 was used for historical records and is no longer relevant due to changes in statute.

**VI.    Cause of Action.**  Report the civil statute directly related to the cause of action and give a brief description of the cause.  **Do not cite jurisdictional statutes unless diversity.**  Example: U.S. Civil Statute: 47 USC 553 Brief Description: Unauthorized reception of cable service.

**VII.    Requested in Complaint.**  Class Action.  Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.
Demand.  In this space enter the actual dollar amount being demanded or indicate other demand, such as a preliminary injunction.
Jury Demand.  Check the appropriate box to indicate whether or not a jury is being demanded.

**VIII.    Related Cases.**  This section of the JS 44 is used to reference related pending cases, if any.  If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.**  Date and sign the civil cover sheet.